897 A.2d 1182

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Leroy Eugene WALTON, Appellant.**

Supreme Court of Pennsylvania.

Argued May 8, 2006.

Decided June 1, 2006.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

Justice BALDWIN did not participate in the consideration or decision of this matter.